# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EDWIN O. GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>LANDEVAZZO et al,<br><br>Defendants. | No. CV 20-01754-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

Date: August 11, 2020

DAVID O. CARTER
United States District Judge